# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:11-cr-08 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JACOB T. WILSON, | : | |
| Defendant. | : | |

## DISMISSAL ORDER

The Government filed a Motion to Dismiss Case on June 29, 2012. The Motion is well taken and is hereby granted. The above captioned case is DISMISSED with prejudice.

July 12, 2012

                                                s/Sharon L. Ovington
                                                  Sharon L. Ovington
                                          United States Magistrate Judge